UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-145-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TARON S. WILSON | |

This matter is before the Court on a Motion by the Office of the Federal Public Defender

to move the sentencing date for the defendant, Taron S. Wilson to another date within this

Court's January 23, 2017 term. For good cause shown, the Motion is GRANTED.

It is hereby ORDERED that sentencing in this matter is rescheduled for

January 25, 2017.

SO ORDERED.

This _/ʔ_ day of January, 2017.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE